**Steven SZAREWICZ, Appellant**

v.

**Richard E. McCORMICK, Jr; and the Westmoreland County Court Administrator, Prothonotary, and the Clerk of Court, Appellees.**

Supreme Court of Pennsylvania.

June 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2009, the above captioned appeal is quashed for failure to file a brief.